BEFORE THE FIRST DIVISION, MARCH 19, 1947

**No. 51617.**—Protests 124536–K, etc., of W. J. Bush & Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of citronella oil the same in all material respects as that the subject of *United States*

v. *Procter & Gamble Mfg. Co.* (34 C. C. P. A. 71, C. A. D. 345). In accordance therewith the claim for free entry under paragraph 1731 was sustained.